FILE COPY

United States District Court
for Northern District of Oklahoma
November 7, 2001



---
CIVIL MINUTES
---

4:01-cv-00511        Johnson v. Ledbetter

DOCKET ENTRY

MINUTE ORDER: Pursuant to General Order 01-10 this case was returned to the Clerk's Office for random reassignment. Accordingly, this case is hereby reassigned to Judge Claire V. Eagan, and shall hereafter be referred to by case number 01-CV-511-EA(M). (cc: all counsel)

#2