UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FILED
JAN 17 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

ROCKLAND DEJARIO JOHNSON, )
)
Plaintiff, )
)
v. ) Case No. 01-CV-0511 EA (M)
)
LAUREL BARTON LEDBETTER, )
)
Defendant. )

## ORDER TO SHOW CAUSE

Pursuant to the Federal Rules of Civil Procedure, plaintiff must serve defendant "within 120 days after the filing of the complaint . . . ." Fed. R. Civ. P. 4(m). Plaintiff filed his Complaint in this case on July 16, 2001. To date, plaintiff has not filed a return of service indicating that defendant has been served. Plaintiff has, therefore, failed to timely serve defendant under Fed. R. Civ. P. 4(m).

Within eleven (11) days from the date this Order is filed, plaintiff shall show good cause for his failure to serve defendant or this case will be dismissed without prejudice.

IT IS SO ORDERED this 17th day of January, 2002.

_Claire V. Eagan_
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE