# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

ROCKLAND DEJARIO JOHNSON, )
)
Plaintiff, )
)
v. ) Case No. 01-CV-0511 EA (M)
)
LAUREL BARTON LEDBETTER, )
)
Defendant. )

**FILED**

FEB 0 5 2002

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## ORDER

Plaintiff filed a Complaint in this case on July 16, 2001. Plaintiff failed to timely serve defendant under Fed. R. Civ. P. 4(m) within 120 days after the filing of the Complaint. On January 17, 2002, the Court ordered plaintiff to show cause within eleven (11) days from the date the order was filed why this case should not be dismissed. To date, plaintiff has not responded to the Court's show cause order. Consequently, this case is dismissed without prejudice.

**IT IS SO ORDERED** this 5th day of February, 2002.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE